# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

October 15, 2021

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH  45202-3988

**FILED**
Oct 19, 2021
DEBORAH S. HUNT, Clerk

Re:  DeCarlos Titington
     v. United States
     No. 21-5985
     (Your No. 19-6394)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on October 11, 2021 and placed on the docket October 15, 2021 as No. 21-5985.

Sincerely,

**Scott S. Harris**, Clerk

by

Jacob A. Levitan
Case Analyst